UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: _____

JOSIAH L. SIMPSON, JR., Individually,      )
and JOSH SIMPSON CONTEMPORARY             )
GLASS, INC.,                              )
     Plaintiffs                           )
                                          )
                                          )
vs.                                       )
                                          )
                                          )
BRIAN CARROLL, Individually and in his    )
Capacity as a member of the TURNERS FALLS )
MUNICIPAL AIRPORT COMMISSION, MARK        )
FAIRBROTHER, Individually and in his      )
Capacity as a member of the TURNERS FALLS )
MUNICIPAL AIRPORT COMMISSION, PETER       )
Golrick, Individually and in his Capacity as a )
Member of the TURNERS FALLS MUNICIPAL     )
AIRPORT, and FRANK SOKOLOSKY,             )
Individually and in his Capacity as a member of )
the TURNERS FALLS MUNICIPAL AIRPORT       )
COMMISSION,                               )
                                          )
MICHAEL J. SWEENEY, Individually and in his )
Capcaity as a Manager of the TURNERS FALLS )
MUNICIPAL AIRPORT,                        )
                                          )
TURNERS FALLS MUNICIPAL AIRPORT           )
COMMISSION and                            )
                                          )
TOWN OF MONTAGUE,                         )
     Defendants                           )

## NOTICE OF FILING OF NOTICE OF REMOVAL WITH THE UNITED STATES DISTRICT COURT

Defendants hereby give notice of their filing with the United States District Court, District of

Massachusetts, Western Division, their Notice of Removal. A copy of the Notice of Removal is

attached hereto as Exhibit A.

403761

THE DEFENDANTS


By _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.:  544402

403761