UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30157-MAP

| | |
|---|---|
| JOSIAH L. SIMPSON, JR., Individually, and JOSH SIMPSON CONTEMPORARY GLASS, INC.,<br>     Plaintiffs | ) ) ) ) ) |
| vs. | ) ) |
| BRIAN CARROLL, Individually and in his Capacity as a member of the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION, MARK FAIRBROTHER, Individually and in his Capacity as a member of the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION, PETER GOLRICK, Individually and in his Capacity as a Member of the TURNERS FALLS MUNICIPAL AIRPORT, and FRANK SOKOLOSKY, Individually and in his Capacity as a member of the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| MICHAEL J. SWEENEY, Individually and in his Capacity as a Manager of the TURNERS FALLS MUNICIPAL AIRPORT, | ) ) ) ) |
| TURNERS FALLS MUNICIPAL AIRPORT COMMISSION and | ) ) ) |
| TOWN OF MONTAGUE,<br>     Defendants | ) ) |

## DEFENDANTS BUDGET 16.1 CERTIFICATION

We, the undersigned, hereby certify and affirm that we have conferred regarding a budget for the cost of conducting the full course of litigation as well as various alternative courses, including the resolution of litigation through the use of alternative dispute resolution.

404455

By: _____
Brian Carroll, Individually and in his
Capacity as a member of the Turners
Falls Municipal Airport Commission
Turners Falls Municipal Airport
One Avenue A
Turners Falls, MA 01376

By: _____
Mark Fairbrother, Individually and in his
Capacity as a member of the Turners
Falls Municipal Airport Commission
Turners Falls Municipal Airport
One Avenue A
Turners Falls, MA 01376

By: _____
Peter Golrick, Individually and in his
Capacity as a member of the Turners
Falls Municipal Airport
Turners Falls Municipal Airport
One Avenue A
Turners Falls, MA 01376

By: _____
Frank Sokolosky, Individually and in his
Capacity as a member of the Tuners
Falls Municipal Airport Commision
Turners Falls Municipal Airport
One Avenue A
Turners Falls, MA 01376

By: _____
Michael J. Sweeney, Airport Manager
Authorized Representative of
Turners Falls Municipal Airport Commission
Turners Falls Municipal Airport
One Avenue A
Turners Falls, MA 01376

DATED: ___8 / 2 / 05___

By: _____
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, MA 01115
Phone  (413) 732-2301
Fax  (413) 785-4658
BBO # 544402

404455