UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOSIAH L. SIMPSON, JR.,
ET AL,
      Plaintiffs

V.                                          CR 05-30157-MAP

BRIAN CARROLL, ET AL,
      Defendants

<u>ORDER</u>

October 14, 2005

PONSOR, D.J.

    The above captioned case was removed from the Franklin county Superior Court on June 30, 2005. The defendants were served on June 9, 2005, prior to the case being removed. No answers or responsive pleadings have been filed and the plaintiffs have taken no steps to further prosecute this case. Plaintiffs are ordered to file a status report with court by October 31, 2005, or the case will be dismissed for lack of prosecution pursuant to Local Rule 41.1(b)(1).

    It is so ordered.

                                    /s/Michael A. Ponsor
                                  United States District Judge