UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-30157-MAP

| | |
|---|---|
| JOSIAH L. SIMPSON, JR., Individually, and JOSH SIMPSON CONTEMPORARY GLASS, INC., <br>     Plaintiffs | ) ) ) ) ) |
| vs. | ) ) |
| BRIAN CARROLL, Individually and in his Capacity as a member of the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION, | ) ) ) ) |
| MARK FAIRBROTHER, Individually and in his Capacity as a member of the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION, | ) ) ) ) |
| PETER Golrick, Individually and in his Capacity as a Member of the TURNERS FALLS MUNICIPAL AIRPORT, and | ) ) ) ) |
| FRANK SOKOLOSKY, Individually and in his Capacity as a member of the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION, | ) ) ) ) |
| MICHAEL J. SWEENEY, Individually and in his Capacity as a Manager of the TURNERS FALLS MUNICIPAL AIRPORT, | ) ) ) ) |
| TURNERS FALLS MUNICIPAL AIRPORT COMMISSION and | ) ) ) |
| TOWN OF MONTAGUE, <br>     Defendants | ) ) |

**PARTIES STATEMENT OF CASE STATUS**

    NOW COME the parties to the above-captioned matter and respectfully advise this Court that they are in the process of attempting to resolve this matter through Mediation. Due to the respective parties and counsels schedules, the Mediation has yet to take place. It is anticipated

412576

that the Mediation will occur prior to year end.  In the event that the Mediation is unsuccessful, the defendants anticipate filing a Partial Motion to Dismiss.

THE DEFENDANT
TOWN OF MONTAGUE


By   */s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq., of
Robinson Donovan, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Phone (413) 732-2301  Fax (413) 785-4658
BBO No.: 544402

THE PLAINTIFFS
JOSIAH L. SIMPSON, JR., Individually,
and JOSH SIMPSON CONTEMPORARY
GLASS, INC.


By   */s/ Alan Seewald (NFP)*
Alan Seewald, Esq., of
Seewald, Jankowski & Spencer, P.C.
Five East Pleasant Street
Amherst, Massachusetts 01002
Phone (413) 594-0041  Fax (413) 549-3818

CERTIFICATE OF SERVICE

I, Nancy Frankel Pelletier, Esq., hereby certify that on this 28th day of October, 2005, I served a copy of the above upon the parties in the action by mailing, postage prepaid, to counsel, Alan Seewald, Esq., of Seewald, Jankowski & Spencer, P.C., Five East Pleasant Street, Amherst, MA 01002.

Subscribed under the penalties of perjury.

*/s/ Nancy Frankel Pelletier*
Nancy Frankel Pelletier, Esq.

412576