UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION No.05-30157-MAP

JOSIAH L. SIMPSON, JR., Individually, and
JOSH SIMPSON CONTEMPORARY GLASS, INC.,
Plaintiffs

v.

BRIAN CARROLL, Individually and in his Capacity as a member of
the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION, MARK FAIRBROTHER,
Individually and in his Capacity as a member of the TURNERS FALLS
MUNICIPAL AIRPORT COMMISSION, PETER GOLRICK, Individually and in
his Capacity as a member of the TURNERS FALLS MUNICIPAL AIRPORT
COMMISSION, and FRANK SOKOLOSKY, Individually and in his Capacity
as a member of the TURNERS FALLS MUNICIPAL AIRPORT COMMISSION

MICHAEL J. SWEENEY, Individually and in his Capacity as a Manager
of the TURNERS FALLS MUNICIPAL AIRPORT,

TURNERS FALLS MUNICIPAL AIRPORT COMMISSION and

TOWN OF MONTAGUE,
Defendants

## PARTIES' MOTION FOR EXTENSION OF TIME

The parties hereto move this Court for an extension of time
for responsive pleading up to and including April 29, 2006.  As
reasons for this motion, the parties state that they are
attempting to resolve this dispute through mediation, the
scheduling of which has been complicated due to the need to find
mutually available dates among the mediator, counsel for the
parties, and the numerous individual parties needed to be in
attendance.  The mediation had been scheduled for February 10,
2006, but was rescheduled due to an unavoidable scheduling

conflict on the part of the plaintiff.  The mediation is now scheduled for April 10, 2006.

WHEREFORE, the parties hereto move to extend the time for responsive pleading up to and including April 29, 2006.

**DATED:      February 24, 2006**

Plaintiffs,
By Their Attorneys,

*/s/ Alan Seewald*

_____

Alan Seewald
BBO # 546790
Kristi A. Bodin
BBO # 566802
SEEWALD, JANKOWSKI & SPENCER, P.C.
Five East Pleasant Street
Amherst, Massachusetts 01002
Telephone:  (413) 549-0041
Facsimile: (413) 549-3818
Email: AS@SJSAmherst.com

Defendants,
By Their Attorneys,

*/s/ Nancy Frankel Pelletier*

_____

Nancy Frankel Pelletier
BBO # 54402
ROBINSON DONOVAN, P.C.
1500 Main Street, Suite 1600
Springfield, Massachusetts 01115
Telephone: (413) 732-2301
Facsimile: (413) 785-4658