```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

JOSIAH L. SIMPSON, JR.,    )
ET AL,                     )
      Plaintiffs         )
                      )
      v.                   ) CIVIL ACTION NO. 05-30157-MAP
                      )
BRIAN CARROLL, ET AL,      )
      Defendants         )

## ORDER OF DISMISSAL

### May 4, 2006

PONSOR, D.J.

    On February 24, 2006, the parties moved for an extension of time to file a responsive pleading up to and including April 29, 2006, on the ground that the parties were seeking to resolve the matter through mediation. Following April 29, 2006, no responsive pleading has been filed, and no further status report has appeared.

    Based upon this, the court concludes that efforts at mediation have been successful. The clerk is therefore hereby ordered to issue the court's standard 60-day Order of Dismissal. This case may now be closed.

    It is So Ordered.

                                       /s/ Michael A. Ponsor
                                       MICHAEL A. PONSOR
                                       United States District Judge