# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSIAH L. SIMPSON, JR., ET AL, | ) |
| *Plaintiff* | ) |
| V. | ) Case No: 3:05-CV-30157-MAP |
| BRIAN CARROLL, ET AL, | ) |
| *Defendant* | ) |

### SETTLEMENT ORDER OF DISMISSAL

Pursuant to the court's order of dismissal entered this date. IT IS HEREBY ORDERED that this action is DISMISSED without costs and without prejudice to the right, upon good cause shown within SIXTY (60) DAYS to reopen the action if settlement is not consummated by the parties.

DATED May 4, 2006

**SARAH A. THORNTON**
CLERK

BY: /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk